IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDDLY JOSEPH,<br><br>Defendant. | CR 23-25-M-DWM<br><br>ORDER |

On June 7, 2023, Defendant Eddly Joseph filed a Notice confirming that he has finalized his plans to travel by commercial airline from Missoula, Montana to Denver, Colorado on June 8, 2023. (Doc. 25). Accordingly, and pursuant to the terms of the Order Setting Conditions of Release (Doc. 23),

IT IS ORDERED that Defendant be released from the custody of the Missoula County Detention Center at 8:00 a.m. on June 8, 2023.

DATED this 7th day of June, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1