IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-25-M-DWM-2 |
| Plaintiff, | |
| vs. | ORDER |
| EDDLY JOSEPH, | |
| Defendant. | |

The Court having been advised that Defendant Eddly Joseph has not self-surrendered to the Bureau of Prisons' facility in Edgefield, SC by the deadline imposed by the agency, (*see* Doc. 59), and does not have the resources to do so,

IT IS ORDERED that Joseph must surrender to the United States Marshal's Service at their office located at 901 Richland St. Suite 1300, Columbia, SC 29201 before 5:00 p.m. EST on January 30, 2024. The Marshal's Service shall notify the Bureau of Prisons once Joseph has reported to them and promptly transport Joseph to the facility at FCI Edgefield.

DATED this 30th day of January, 2024.

12:50 MST

Donald W. Molloy, District Judge
United States District Court

1